1  **FOLEY & LARDNER LLP**
   LEILA NOURANI CA Bar No. 163336
   lnourani@foley.com
2  MICHAEL S. LAWRENCE, CA Bar No. 255897
   mlawrence@foley.com
3  ATTORNEYS AT LAW
   555 SOUTH FLOWER STREET, SUITE 3500
   LOS ANGELES, CA 90071-2411
4  TELEPHONE:   213.972.4500
   FACSIMILE:    213.486.0065

5  **OF COUNSEL:**
   **FOLEY & LARDNER LLP**
6  BRIAN W. MCGRATH WI Bar No. 1016840 (*admitted pro hac vice*)
   KATHERINE D. SPITZ WI Bar No. 1066375 (*admitted pro hac vice*)
   ATTORNEYS AT LAW
7  777 EAST WISCONSIN AVENUE
   MILWAUKEE, WI 53202-5306
   TELEPHONE:   414.271.2400
8  FACSIMILE:    414.297.4900

9  Attorneys for Defendants Everpure, Inc.; Everpure, LLC; Pentair Residential Filtration, LLC; Pentair, Inc.; Gerard McKeown; Mike Madsen and Debra Barton

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATER, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>EVERPURE, INC.; EVERPURE, LLC; PENTAIR RESIDENTIAL FILTRATION, LLC; PENTAIR, INC.; PURCELL MURRAY COMPANY, INC.; GERARD MCKEOWN; MIKE MADSEN; DEBRA BARTON; and Does 1 to 10, Inclusive<br><br>Defendants. | Case No:  CV09-03389 ABC(SSx)<br><br>**[PROPOSED] JUDGMENT DISMISSING WATER, INC.'S CLAIMS**<br><br>Order Date:  December 20, 2011<br>Judge:         Hon. Audrey B. Collins<br>Mag. Judge: Hon. Suzanne Segal |
| EVERPURE, LLC; PENTAIR RESIDENTIAL FILTRATION, LLC.<br><br>Counterclaimants,<br><br>vs.<br><br>WATER, INC., a California Corporation CounterDefendant. | Date Complaint Filed:  May 13, 2009<br><br>Discovery Cut-off Date:  August 1, 2011<br><br>Pretrial Conference: January 9, 2012<br><br>Trial:  January 24, 2012 |

1  Having considered the Motions for Summary Judgment and Judgment on the Pleadings (the "Motions") filed by Defendants Everpure, Inc., Everpure, LLC; Pentair Residential Filtration, LLC, Pentair, Inc., Gerard McKeown, Mike Madsen and Debra Barton ("Everpure Defendants") [Dkt. No. 167] and Purcell Murray Company, Inc. ("Purcell Murray") [Dkt. No. 175] (all defendants collectively referenced as "Defendants"), and having considered the Parties' briefing, evidentiary objections, and other submissions relating to those Motions, as well as oral argument presented by counsel at the December 19, 2011 hearing on the Motions, the Court has reached the following decision, the grounds for which are fully set forth in the December 20, 2011 Order Granting Defendants' Motions for Summary Judgment and Judgment on the Pleadings [Dkt. No. 242]:

It is ordered that summary judgment is granted in Defendants' favor, that Plaintiff Water, Inc. recover nothing, that all of its claims against Defendants be dismissed on the merits, and that Defendants recover their costs at the conclusion of this action.  This judgment, awarded pursuant to Fed. R. Civ. P. 56(a), is not a final judgment because it does not dispose of Everpure, LLC's and Pentair Residential Filtration LLC's counterclaims against Water, Inc. which remain pending.

**IT IS SO ORDERED.**

DATE: JAN. 3, 2012_____     _____
                               HON. AUDREY B. COLLINS

[PROPOSED] JUDGMENT DISMISSING WATER, INC.'S CLAIMS
CASE NO. CV09-03389 ABC (SSX)

4829-4825-0894.2