**FOLEY & LARDNER LLP**
LEILA NOURANI CA Bar No. 163336
lnourani@foley.com
MICHAEL S. LAWRENCE, CA Bar No. 255897
mlawrence@foley.com
ATTORNEYS AT LAW
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE:   213.972.4500
FACSIMILE:    213.486.0065

**OF COUNSEL:**
**FOLEY & LARDNER LLP**
BRIAN W. MCGRATH WI Bar No. 1016840 (*admitted pro hac vice*)
KATHERINE D. SPITZ WI Bar No. 1066375 (*admitted pro hac vice*)
ATTORNEYS AT LAW
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202-5306
TELEPHONE:   414.271.2400
FACSIMILE:    414.297.4900

Attorneys for Defendants Everpure, Inc.; Everpure, LLC; Pentair Residential Filtration, LLC; Pentair, Inc.; Gerard McKeown; Mike Madsen and Debra Barton

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATER, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>EVERPURE, INC.; EVERPURE, LLC; PENTAIR RESIDENTIAL FILTRATION, LLC; PENTAIR, INC.; PURCELL MURRAY COMPANY, INC.; GERARD MCKEOWN; MIKE MADSEN; DEBRA BARTON; and Does 1 to 10, Inclusive<br><br>Defendants. | Case No: CV09-03389 ABC(SSx)<br><br>**[PROPOSED] JUDGMENT DISMISSING WATER, INC.'S CLAIMS**<br><br>Order Date: December 20, 2011<br>Judge:        Hon. Audrey B. Collins<br>Mag. Judge: Hon. Suzanne Segal |
| EVERPURE, LLC; PENTAIR RESIDENTIAL FILTRATION, LLC.<br><br>Counterclaimants,<br><br>vs.<br><br>WATER, INC., a California Corporation CounterDefendant. | Date Complaint Filed: May 13, 2009<br><br>Discovery Cut-off Date: August 1, 2011<br><br>Pretrial Conference: January 9, 2012<br><br>Trial: January 24, 2012 |

1  Having considered the Motions for Summary Judgment and Judgment on the
2  Pleadings (the "Motions") filed by Defendants Everpure, Inc., Everpure, LLC;
3  Pentair Residential Filtration, LLC, Pentair, Inc., Gerard McKeown, Mike Madsen
4  and Debra Barton ("Everpure Defendants") [Dkt. No. 167] and Purcell Murray
5  Company, Inc. ("Purcell Murray") [Dkt. No. 175] (all defendants collectively
6  referenced as "Defendants"), and having considered the Parties' briefing,
7  evidentiary objections, and other submissions relating to those Motions, as well as
8  oral argument presented by counsel at the December 19, 2011 hearing on the
9  Motions, the Court has reached the following decision, the grounds for which are
10 fully set forth in the December 20, 2011 Order Granting Defendants' Motions for
11 Summary Judgment and Judgment on the Pleadings [Dkt. No. 242]:

12 It is ordered that summary judgment is granted in Defendants' favor, that
13 Plaintiff Water, Inc. recover nothing, that all of its claims against Defendants be
14 dismissed on the merits, and that Defendants recover their costs at the conclusion
15 of this action. This judgment, awarded pursuant to Fed. R. Civ. P. 56(a), is not a
16 final judgment because it does not dispose of Everpure, LLC's and Pentair
17 Residential Filtration LLC's counterclaims against Water, Inc. which remain
18 pending.

19 **IT IS SO ORDERED.**

20

21 DATE: JAN. 3, 2012_____                    _____
22                                              HON. AUDREY B. COLLINS

[PROPOSED] JUDGMENT DISMISSING WATER, INC.'S CLAIMS
CASE NO. CV09-03389 ABC (SSx)

4829-4825-0894.2