THOMAS J. LoSAVIO, SBN 051023
KURT BRIDGMAN, SBN 145151
JAMES F. REGAN, SBN 252199
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111
Telephone (415) 981-6630
Facsimile (415) 982-1634
Email: tlosavio@lowball.com

Attorneys for Defendant
PURCELL MURRAY COMPANY, INC.

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES

| | |
|---|---|
| WATER, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>EVERPURE, INC.; EVERPURE, LLC; PENTAIR RESIDENTIAL FILTRATION, LLC; PENTAIR, INC.; PURCELL MURRAY COMPANY, INC; GERARD McKEOWN; MIKE MADSEN; DEBRA BARTON; and DOES 1 to 10, inclusive,<br><br>　　　　　　Defendant(s)<br>_____ | CASE NO.: CV 09-03389 ABC (SSx)<br><br>[~~PROPOSED~~] JUDGMENT AS TO PURCELL MURRAY COMPANY, INC.<br><br>Judge: Hon. Audrey B. Collins<br>Magistrate Judge: Hon. Suzanne Segal<br><br>Date Complaint Filed: May 13, 2009<br>Discovery Cutoff<br>　Date: November 1, 2011<br>Pretrial Conference: January 9, 2012<br>Trial Date: vacated |

　　　Having considered the Motions for Summary Judgment and Judgment on the Pleadings (the "Motions") filed by Purcell Murray Company, Inc. ("Purcell Murray") and having considered the Parties' briefing, evidentiary objections, and other submissions relating to those Motions, as well as oral argument presented by counsel at the December 19, 2011 hearing on the Motions, the Court has reached the following decision, the grounds for which are fully set forth in the December 20, 2011 Order Granting

Defendants' Motions for Summary Judgment and Judgment on the Pleadings,

IT IS ORDERED that summary judgment is granted in Purcell Murray's' favor, that Plaintiff Water, Inc. recover nothing, that all of its claims against said Defendant be dismissed on the merits, and that said Defendant recover its costs.

There being no further claims pending between plaintiff Water, Inc. and defendant Purcell Murray and there being no just reason for delay of entry of Judgment as between these parties, the Clerk is hereby directed to enter Judgment in favor of defendant Purcell Murray and against plaintiff Water, Inc.

Dated: 2/21/2012

_____
Audrey B. Collins
United States District Judge